

SOUTHERN DISTRICT OF MISSISSIPPI
FILED

APR 0 8 2025

ARTHUR JOHNSTON
BY                    DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.                                                    CRIMINAL NO. 3:25cr63 DPJ-ASH

PARKER M. TRIPLETT                                    18 U.S.C. § 2243(b)
                                                      18 U.S.C. § 201(b)(2)

**The Grand Jury charges:**

At all times relevant to this Indictment:

1.      Defendant **PARKER M. TRIPLETT** was employed as a correctional officer by the Federal Bureau of Prisons at the Federal Correctional Complex in Yazoo City, Mississippi ("FCC Yazoo City")

2.      FCC Yazoo City was a federal prison.

3.      As a correctional officer employed at FCC Yazoo City, defendant **PARKER M. TRIPLETT's** duties and responsibilities involved the supervision, care, and custody of inmates, as well as enforcing rules and regulations governing inmate conduct.

4.      Victim A was a male inmate in official detention at FCC Yazoo City, Mississippi, and as such, Victim A was under the custodial, supervisory, and disciplinary authority of defendant **PARKER M. TRIPLETT** in her capacity as a correctional officer.

COUNT 1

That on or about January 18, 2025, in Yazoo County, in the Northern Division of the Southern District of Mississippi, the defendant **PARKER M. TRIPLETT**, while on duty at FCC Yazoo City, knowingly engaged in sexual contact with Victim A, a person who was in official detention and under the custodial, supervisory, and disciplinary authority of the defendant, by contacting Victim A's penis with her mouth and by contact between the penis and vulva, while

the defendant and Victim A were at FCC Yazoo City, Mississippi.

All in violation of Title 18, United States Code, Section 2243(b).

## COUNT 2

That in December of 2024, the exact date of which is unknown to the grand jury, in Yazoo County, in the Northern Division of the Southern District of Mississippi and elsewhere, the defendant, **PARKER M. TRIPLETT**, a public official, directly and indirectly, did corruptly demand, seek, receive, accept, and agree to receive and accept anything of value personally, that is, money and other things of value, from an individual known to the grand jury, i.e., Victim A, in return for being induced to do an act and omit to do any act in violation of her official duty, that is, providing prohibited objects to one or more federal inmates of a prison.

All in violation of Title 18, United States Code, Section 201(b)(2)(C).

## NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE

As a result of committing the offenses as alleged in this Indictment, the defendant shall forfeit to the United States all property involved in or traceable to property involved in the offenses, including but not limited to all proceeds obtained directly or indirectly from the offenses, and all property used to facilitate the offenses. Further, if any property described above, as a result of any act or omission of the defendant: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property, which cannot be divided without difficulty, then it is the intent of the United States to seek a judgment of forfeiture of any other property of the defendant, up to the value of the property described in this notice or any bill of particulars supporting it.

2

All pursuant to Title 18, United States Code, Section 981(a)(1)(C); and Title 28, United States Code, Section 2461.

PATRICK A. LEMON
Acting United States Attorney

A TRUE BILL:
S/SIGNATURE REDACTED
Foreperson of the Grand Jury

This Indictment was returned in open court by the foreperson or deputy foreperson of the Grand Jury on this the ___9___ day of April 2025.

UNITED STATES MAGISTRATE JUDGE

3